**Melvin E. MERWIN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27701.

Court of Criminal Appeals of Texas.

June 25, 1955.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Houston, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is burglary; the punishment, 2 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this appeal.